IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CUSHING, | : | |
|            Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-595 |
| | : | |
| STUDENT LOAN MARKETING ASSOCIATION, et al., | : | |
|            Defendant. | : | |

## ORDER

This 17th day of August, 2016, upon consideration of the Motion to Dismiss collectively filed on July 12, 2016 by Defendant Navient Solutions, Inc. (misidentified as "Navient, Inc.") and the Defendant identified as "Student Loan Marketing Association, as Trustee for the SLM Student Loan Trust 2003-3," it is **HEREBY ORDERED** that a Rule to Show cause is entered on Plaintiff David J. Cushing to respond within **30 days** as to why the Court should not grant Defendants' Motion to Dismiss the Amended Complaint with prejudice. Plaintiff's failure to file a timely response to this Order will result in the permanent dismissal of this action as to the moving Defendants.

                                                                   /s/ Gerald Austin McHugh
                                                                   United States District Judge